JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 697 -- In re Butcher Banks Banker's Blanket Bond Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/06/30 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 thru A-10) filed by Deft. Aetna Casualty & Surety Co. -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF TENNESSEE; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 86/07/11 | | APPEARANCES: STEPHEN B. CATRON, ESQ. for Bank of Cumberland; WINSTON E. MILLER, ESQ. for First State Bank of Pineville, Kentucky; RAYMOND R. MURPHY, JR., ESQ. for Federal Deposit Insurance Corporation; S. LEE AKERS, ESQ. for Aetna Casualty & Surety Company; HAROLD B. STONE, ESQ. for William N. Moore; WILLIAM A. WATSON, ESQ., for Raymond J. Bisceglia, R.D. Barton, Ben H. Cox, Jr.& J. Roy Shoffner; GLENN W. DENHAM, ESQ. for Ray McGregor; DONNA L. PIERCE, ESQ. for Terry A. Bridgman; GEORGE W. SAENGER, ESQ. for John N. Daniel, Jr.; JAMES R. COX, ESQ. for Alton E. Blakley, James G. Meredith, Raymond D. Baker, Eston Hume, Thomas A. Miller & Sue Ann Parrish; STAN EMERT, ESQ. for Charles Hurt; LAWRENCE E. LEVINE, ESQ. for Gardner N. Daniel. JOHN W. BAKER, JR., ESQ. for R. Stephen Hagood. (paa) |
| 86/07/14 | | APPEARANCES: JAMES W. GENTRY, JR. ESQ. for Larry Hunter<br>J. STANLEY MCNEESE, ESQ. for J. David Lewis<br>Daniel H. Rader, III, Esq. for William Newman<br>Lowell W. Lundy, Esq. for James F. Mitchell (tmq) |
| 86/07/15 | 2 | RESPONSE TO PLDG. #1 -- Pltf. The Bank of Cumberland -- w/Brief and cert. of svc. (paa) |
| 86/07/15 | 3 | BRIEF/RESPONSE TO PLDG. #1 -- Deft. William E. Newman -- w/cert. of svc. (paa) |
| 86/07/15 | 4 | RESPONSE TO PLDG. #1 -- Pltf. First State Bank of Pineville -- w/Exhibits and cert. of svc. (paa) |
| 86/07/15 | 5 | RESPONSE TO PLDG. #1 -- Pltf. Federal Deposit Insurance Corp.-- w/Exhibits, Brief, Affidavit and cert. of svc. (paa) |
| 86/07/16 | 6 | RESPONSE TO PLDG. #1 -- Pltfs. Raymond Bisceglia, Ben Cox, Jr., Ray McGregor, R.D. Barton & J. Roy Shoffner -- w/Memorandum & cert. of svc. (paa) |
| 86/07/17 | 7 | REQUEST FOR EXTENTION OF TIME TO REPLY -- Defendant Aetna Casualty & Surety Company -- GRANTED TO & INCLUDING JULY 25, 1986 -- w/cert. of svc. -- NOTIFIED COUNSEL. (paa) |

JPML FORM 1A

DOCKET ENTRIES

P-2

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 697 -- IN RE BUTCHER BANKS BANKER'S BLANKET BOND LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/07/18 | 8 | RESPONSE/MEMORANDUM (TO PLDG. #1) -- Defendants Alton E. Blakely, James G. Meredith, Raymond D. Baker, Eston Hume, Thomas A. Miller, L. A. Miller, & Sue Ann Parrish -- w/cert. of svc. (paa) |
| 86/07/18 | 9 | RESPONSE (TO PLDG. #1) -- Defendant Gardner N. Daniel -- w/cert. of svc. (paa) |
| 86/07/28 | 10 | RESPONSE/MEMORANDUM TO PLDGS. #2 thru 6, 8 & 9 -- Defendants Aetna Casualty & Surety Co. -- W/Exhibits and cert. of svc. (paa) |
| 86/08/05 | | APPEARANCE: JOE NICHOLSON, ESQ. for Emmett J. Foster |
| 86/08/08 | 11 | RESPONSE (TO PLDG.#1) -- Third-party deft. James Mitchell -- w/cert. of service (cds) |
| 86/08/15 | | HEARING ORDER -- Setting motion of Aetna Casualty & Surety Co. for transfer of A-1 thru A-10 -- On September 25, 1986 in Pittsburgh, Pa., (paa) |
| 86/09/11 | | APPEARANCE: J. Thomas Jones, Esq. for FIRST STATE BANK OF PINEVILLE, KENTUCKY (A-2). (tmq) |
| 86/09/25 | | HEARING APPEARANCES: S. LEE AKERS, ESQ. for Aetna Casualty & Surety Co.; RAYMOND R. MURPHY, JR., ESQ. for F.D.I.C.; J. THOMAS JONES, ESQ. for First State Bank of Pineville, KY; STEPHEN B. CATRON, ESQ. for Bank of Cumberland; JAMES R. COX, ESQ. for Alton E. Blakley, et al. (cds) |
| 86/09/25 | | WAIVERS OF ORAL ARGUMENT: Raymond J. Bisceglia, et al.; Gregory J. Beaumont; R. Stephen Hagood; Terry A. Bridgman; Emmett J. Foster; William E. Newman; Gardner E. Daniel; J. David Lewis; Larry Hunter; Joseph Adams (cds) |
| 86/10/06 | | ORDER DENYING TRANSFER -- A-1 Thru A-10 -- Notified involved counsel, misc. recipients, judges and clerks (rh) |
| 86/10/17 | | CORRECTED COPY OF October 6, 1986, ORDER DENYING TRANSFER -- Correction in second paragraph changes word eight to seven -- NOTIFIED ALL RECIPIENTS -- (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 697 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Butcher Banks Banker's Blanket Bond Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 25, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 6, 1986 | MO | unpublished | | | |

### Special Transferee Information

DATE CLOSED: October 6, 1986

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 697 -- In re Butcher Banks Banker's Blanket Bond Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Bank of Cumberland v. Aetna Casualty & Surety Co. v. Alton E. Blakley, et al. | Ky.,W. Siler | C85-0013 BG (S) | | | | |
| A-2 | First State Bank of Pineville v. Aetna Casualty & Surety Co. v. Raymond J. Bisceglia, et al. | Ky.,E. Siler | 85-494 | | | | |
| A-3 | Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr. | Tenn.,M. Higgins | 3-85-1420 | | | | |
| A-4 | Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. Jake F. Butcher, et al. | Tenn.,E. Hull | 1-85-797 | | | | |
| A-5 | Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al. | Tenn.,E. Hull | 2-85-544 | | | | |
| A-6 | Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al. | Tenn.,E. Hull | 2-85-545 | | | | |
| A-7 | Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al. | Tenn.,E. Hull | 3-85-1240 | | | | |
| A-8 | Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al. | Tenn.,E. Hull | 3-85-1241 | | | | |
| A-9 | Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. Jake F. Butcher, et al. | Tenn.,E. Hull | 3-85-1242 | | | | |
| A-10 | Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al. | Tenn.,E. Hull | 3-85-1243 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 697 -- IN RE BUTCHER BANKS BANKER'S BLANKET BOND LITIGATION

---

REVISED PANEL ATTORNEY SERVICE LIST
7/17/86

BANK OF CUMBERLAND (A-1)
Stephen B. Catron, Esquire
Reynolds, Catron, Johnston & Hinton
310 East 11th Street
Post Office Box 4000
Bowling Green, Kentucky 42102-4000

FIRST STATE BANK OF PINEVILLE, KENTUCKY
(A-2)
J. Thomas Jones, Esquire
Bernstein, Susano & Stair, Suite 600
530 South Gay Street
Knoxville, Tennessee 37902

FEDERAL DEPOSIT INSURANCE CORPORATION
(A-3) thru (A-10)
Raymond R. Murphy, Jr., Esquire
Miller & Martin
10th Floor, Volunteer Bldg.
Chattanooga, Tennessee 37402

AETNA CASUALTY & SURETY COMPANY
S. Lee Akers, Esquire
Luther, Anderson, Cleary & Ruth, P.C.
99 Walnut Street
Chattanooga, Tennessee 37403-1188

WILLIAM N. MOORE
Harold B. Stone, Esquire
Stone & Hinds, P.C.
700 First American Center
507 Gay Street, S.W.
Knoxville, Tennessee 37902

RAYMOND J. BISCEGLIA
R.D. BARTON
BEN H. COX, JR.
J. ROY SHOFFNER
William A. Watson, P.S.C.
Post Office Box 1340
Middlesboro, Kentucky 40965-3140

RAY McGREGOR
Glenn W. Denham, Esquire
Post Office Box 398
Middleboro, Kentucky 40965

TERRY A. BRIDGMAN
Donna L. Pierce, Esquire
Chambliss, Bahner, Crutchfield,
    Gaston & Irvine
1000 Tallan Building
Two Union Square
Chattanooga, Tennessee 37402

JOHN N. DANIEL, JR.
George W. Saenger, Esquire
Adams, Hendon, Carson, Crow & Saenger
72 Patton Avenue
Asheville, North Carolina 28801

ALTON E. BLAKLEY
JAMES G. MEREDITH
RAYMOND D. BAKER
ESTON HUME
THOMAS A. MILLER
SUE ANN PARRISH
James R. Cox, Esquire
Greenebaum, Doll & McDonald
3300 First National Tower
Louisville, Kentucky 40202

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 697 -- IN RE BUTCHER BANKS BANKER'S BLANKET BOND LITIGATION

---

R. STEPHEN HAGOOD
John W. Baker, Jr., Esquire
Poore, Cox, Baker, Ray & Byrne
Post Office Box 1708
Knoxville, Tennessee 37901

CHARLES HURT
Mr. Charles D. Hurt
P.O. Box 1518
Gatlinburg, Tennessee 37738

GARDNER N. DANIEL
Lawrence E. Levine, Esquire
Levine, Brewer & Krause
Third Avenue, North
Post Office Box 2830
Nashville, Tennessee 37219

WILLIAM E. NEWMAN
Daniel H. Rader, III, Esquire
Moore, Jones, Rader & Clifft, P.C.
46 North Jefferson Avenue
Post Office Box 3347
Cookeville, Tennessee 38502

PAUL E. BOSTIC (No App. Rec'd)
Archie R. Carpenter, Esquire
Bond, Carpenter & O'Connor
Post Office Box 2485
Knoxville, Tennessee 37901

EMMETT J. FOSTER
Joe Nicholson, Esquire
Nicholson, Hickman & Brown
210 Church Street
Post Office Box 592
Maryville, Tennessee 37801

LARRY HUNTER
James W. Gentry, Jr., Esquire
Gentry & Boehm
6th Floor, Dome Building
736 Georgia Avenue
Chattanooga, Tennessee 37402

THEODORE L. LAMB (No App. Rec'd)
Shelby R. Grubbs, Esquire
Grant, Konvalinka & Grubbs
600 Tallan Building
Two Union Square
Chattanooga, Tennessee 37402

C.H. BUTCHER, JR. (No App. Rec'd)
C.H. Butcher, Jr.   Copy Ret'd
Knox County Jail
City-County Building
Knoxvile, Tennessee 37902

EARL D. WILSON (No App. Rec'd)
Earl D. Wilson
1303 Sweetwater Club Blvd.
Longwood, Florida 32779

JPML FORM 2A -- Continuation

Counsel of Record -- p. 2

DOCKET NO. 697 -- IN RE BUTCHER BANKS BANKER' BLANKET BOND LITIGATION

---

JOSEPH H. ADAMS   (NO APP. REC'D)
Joseph H. Adams
8815 Northwest Red Oak Lane
Parkville, Missouri  64152

JACOB F. BUTCHER   (No App. Rec'd)
Jacob F. Butcher
Atlanta Federal Prison
601 McDonough Blvd., SE
Atlanta Georgia, 30315

J. DAVID LEWIS
J. Stanley McNeese, Esquire
Wildman, Harrold, Allen,
   Dixon & McDonald
67 Madison Avenue
Memphis, Tennessee  38103-2106

JAMES F. MITCHELL
Lowell Lundy, Esquire
Post Office Box 380
110 Liberty Street
Barbourville, Kentucky  40906

GREGORY J. BEAUMONT    No App. Rec'd)
G. Richard Johnson, Esquire
Myers, Johnson & Givens
700 Home Federal Bldg.
2112 North Roan Street
Johnson City, Tennessee  37601

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __697__ -- __In re Butcher Banks Banker's Blanket Bond Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Aetna Casualty & Surety Co. ✓ | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10 |
| Alton E. Blakley ✓ | A-1, |
| James G. Meredith ✓ | A-1, |
| Raymond D. Baker ✓ | A-1, |
| Eston Hume ✓ | A-1 |
| Thomas A. Miller ✓ | A-1, |
| L. A. Miller ✓ | A-1, |
| Sue Ann Parrish ✓ | A-1, |
| Emmett J. Foster X | A-1, A-2, A-6, A-10 |
| Raymond J. Bisceglia ✓ | A-2, |
| Ben H. Cox, Jr. ✓ | A-2, |

p. 2

| Name | Ref |
|---|---|
| Ray McGregor ✓ | A-2 |
| R. D. Barton ✓ | A-2, |
| Roy J. Shoffner ✓ | A-2, |
| James F. Mitchell ✓ | A-2, |
| David Lewis ✓ | A-2, |
| C. H. Butcher, Jr. ✗ | A-3, A-5, A-6, A-7, A-8, A-10 |
| Jake F. Butcher  O Jacob | A-4, A-9, |
| Larry Hunter ✗ | A-4, |
| Theodore Lamb ✗ | A-4 |
| Terry A. Bridgeman ✓ | A-4, |
| Gregory J. Beaumont ✗ | A-5, |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 697 -- In re Butcher Banks Banker's Blanket Bond Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| John N. Daniel ✓ | A-5 |
| Earl D. Wilson ✗ | A-5, |
| ✓ Charles Hurt 0 | A-5 |
| William N. Moore ✓ | A-6, A-10, |
| Paul E. Bostic ✗ | A-7, |
| William E. Newman ✗ | A-8 |
| ✓ R. Stephen Hagood 0 | A-8 |
| ✓ Gardner N. Daniel 0 | A-8 |
| ✓ Joseph H. Adams 0 | A-9 |