JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -6 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 697

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BUTCHER BANKS BANKER'S BLANKET BOND LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, submitted by the defendant Aetna Casualty & Surety Company seeking centralization in the Eastern District of Tennessee of the ten actions pending in four districts listed on the attached Schedule A for coordinated or consolidated pretrial proceedings. All responding parties to the motion oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Although we recognize that the actions in this litigation involve some common questions of fact, we are not persuaded that any such common questions will predominate over individual questions of fact present in each action. We also note that 1) the eight Eastern District of Tennessee actions have been consolidated before a single judge; ii) the Eastern and Western District of Kentucky actions are assigned to a single judge; iii) extensive discovery has already occurred in several of the constituent actions in this docket and in a related action not subject to the motion; and iv) suitable alternatives to transfer are available to the parties in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings, see Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

SCHEDULE A

MDL-697 -- In re Butcher Banks Banker's Blanket Bond Litigation

Western District of Kentucky

Bank of Cumberland v. Aetna Casualty & Surety Co. v. Alton E. Blakely, et al., C.A. No. C85-0013 BG (S)

Eastern District of Kentucky

First State Bank of Pineville v. Aetna Casualty & Surety Co. v. Raymond J. Bisceglia, et al., C.A. No. 85-494

Middle District of Tennessee

Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., C.A. No. 3-85-1420

Eastern District of Tennessee

Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. Jake F. Butcher, et al., C.A. No. 1-85-797
Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 2-85-544
Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 2-85-545
Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 3-85-1240
Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 3-85-1241
Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. Jake F. Butcher, et al., C.A. No. 3-85-1242
Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 3-85-1243

**CORRECTED**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -6 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 697

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BUTCHER BANKS BANKER'S BLANKET BOND LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, submitted by the defendant Aetna Casualty & Surety Company seeking centralization in the Eastern District of Tennessee of the ten actions pending in four districts listed on the attached Schedule A for coordinated or consolidated pretrial proceedings. All responding parties to the motion oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Although we recognize that the actions in this litigation involve some common questions of fact, we are not persuaded that any such common questions will predominate over individual questions of fact present in each action. We also note that i) the seven Eastern District of Tennessee actions have been consolidated before a single judge; ii) the Eastern and Western District of Kentucky actions are assigned to a single judge; iii) extensive discovery has already occurred in several of the constituent actions in this docket and in a related action not subject to the motion; and iv) suitable alternatives to transfer are available to the parties in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings, see Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

SCHEDULE A

<u>MDL-697 -- In re Butcher Banks Banker's Blanket Bond Litigation</u>

<u>Western District of Kentucky</u>

<u>Bank of Cumberland v. Aetna Casualty & Surety Co. v. Alton E. Blakely, et al., C.A. No. C85-0013 BG (S)</u>

<u>Eastern District of Kentucky</u>

<u>First State Bank of Pineville v. Aetna Casualty & Surety Co. v. Raymond J. Bisceglia, et al., C.A. No. 85-494</u>

<u>Middle District of Tennessee</u>

<u>Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., C.A. No. 3-85-1420</u>

<u>Eastern District of Tennessee</u>

<u>Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. Jake F. Butcher, et al., C.A. No. 1-85-797</u>
<u>Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 2-85-544</u>
<u>Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 2-85-545</u>
<u>Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 3-85-1240</u>
<u>Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 3-85-1241</u>
<u>Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. Jake F. Butcher, et al., C.A. No. 3-85-1242</u>
<u>Federal Deposit Insurance Corp. v. Aetna Casualty & Surety Co. v. C.H. Butcher, Jr., et al., C.A. No. 3-85-1243</u>